UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                                     :
:
                     Plaintiff,                        :  20 Cr. 524 (KPF)
:
   v.                                                         :  ORDER
:
:
MICHAEL BROWN,                                                :
:
                     Defendant.                        :
------------------------------------------------------------- X

KATHERINE POLK FAILLA, District Judge:

      It is hereby ORDERED, that the defendant, Michael Brown, is hereby remanded to the custody of the United States Marshal.

      SO ORDERED.

Dated:    October 28, 2022
             New York, New York

                                                          KATHERINE POLK FAILLA
                                                        United States District Judge