UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>MICHAEL BROWN,<br><br>                    Defendant. | 20 Cr. 524-1 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are **ORDERED** to attend a hearing on **November 22, 2022**, **at 10:00 a.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The parties shall come prepared to discuss their submissions related to Defendant's bail request.

SO ORDERED.

Dated: November 18, 2022
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge