January 24, 2023

Hon. Katherine Polk Failla
United States District Judge
United States District Court,
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re: *Request to Redact Transcript of November 22, 2022 Bail Proceedings
United States of America v. Michael T. Brown, Case No. 1:20-00524*

Dear Judge Failla:

This is to request the Court's leave to redact certain names of a witness and a company identified in the hearing as set out in the hearing; that is, that Defendant, the witness and company may suffer immediate harm if the identity of the company is disclosed in a public record.

The transcript has already been redacted and can be filed in short order.

Thank you for your consideration on this matter.

Respectfully,

/s/ Stephen R. Cochell

Stephen R. Cochell

Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket entry 36.

Dated:     January 25, 2023          SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE