**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District
Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 6, 2023

By ECF

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *United States v. Michael Brown*, 20 Cr. 524 (KPF)

MEMO ENDORSED

Honorable Judge Failla:

I have reviewed the Government's motion and proposed order regarding notification of alleged victims. The Defense has no objection to the Government's proposal.

Respectfully submitted,

/s/ Christopher Flood
Christopher Flood
Assistant Federal Defender
212.417.8734

cc:   all counsel (*by ECF*)

```
In light of the above representation from Defendant, the Court will so
order the Government's proposed order related to notification of
putative victims under separate cover.

The Clerk of Court is directed to terminate the pending motion at
docket entry 42.

Dated:    February 7, 2023          SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE