UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

MICHAEL BROWN,

Defendant.

20 Crim. 524-1 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

For the reasons stated during the February 27, 2023 conference in this case, the Court **DENIES** Defendant's motion for a release of frozen funds. (Dkt. #46). The Court **GRANTS** Christopher Flood's and Mark Gombiner's motion to be relieved as counsel for Defendant. Stephen Cochell, counsel for Defendant, is **ORDERED** to file a *pro hac vice* motion by **March 3, 2023**, indicating that he is representing Defendant for all purposes in this case.

The parties are **ORDERED** to attend a virtual status conference in this case on **April 27, 2023, at 11:00 a.m.** Instructions to video participants will be sent in advance of the conference. It is further **ORDERED** that time is excluded under the Speedy Trial Act between February 27, 2023, and April 27, 2023. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial because it will permit defense counsel to continue to review discovery and prepare any pretrial motions.

The Clerk of Court is directed to terminate Christopher Flood from the docket in this case, and to terminate the pending motion at docket entry 46.

SO ORDERED.

Dated:   February 28, 2023
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge