UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| UNITED STATES OF AMERICA | |
|---|---|
| v. | 20 Crim. 524 |
| MICHAEL BROWN, | |
| Defendant. | |

ORDER GRANTING *PRO HAC VICE* MOTION

The motion of Stephen R. Cochell for admission to practice *Pro Hac Vice* in the above captioned case is granted.

Applicant has declared that he is a member in good standing of the Texas bar, and that his contact information is as follows:

Stephen R. Cochell
The Cochell Law Firm
5850 San Felipe, Suite 500
Houston, Texas 77057
(346) 800-3500

Applicant, having requested admission *Pro Hac Vice* to appear as counsel for Michael Brown in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York All attorneys appearing before this case are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: March 10, 2023

_____
United States District Judge