UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>MICHAEL BROWN,<br><br>                    Defendant. | 20 Cr. 524-1 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are herby **ORDERED** to appear for a telephonic conference regarding Defendant's motion to dismiss. The conference will take place on **October 20, 2023**, at **10:00 a.m.** The dial-in information is as follows: At 10:00 a.m., the parties shall call (888) 363-4749 and enter access code 5123533.

The Court does not anticipate requiring oral argument from the parties at this time, and will promptly advise the parties should it determine otherwise. Should the parties seek an exclusion of time under the Speedy Trial Act between today's date and October 20, 2023, they may file such an application with the Court.

SO ORDERED.

Dated:  October 11, 2023
        New York, New York

                                        _____
                                        KATHERINE POLK FAILLA
                                        United States District Judge