

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 12, 2023

The Honorable Katherine Polk Failla
United Stated District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:  <u>United States v. Michael Brown,</u> 20 Cr. 524 (KPF)

Dear Judge Failla:

  Defendant Michael Brown's motion to dismiss Indictment 20 Cr. 524 (KFP) on the basis of the Double Jeopardy Clause and motion to compel discovery and issue Rule 18 subpoenas are pending before this Court. A hearing on the motions was held on August 8, 2023. The Government respectfully requests, with the defendant's consent, that the time from October 12, 2023, through October 20, 2023, be excluded from the running of the Speedy Trial Act clock, pursuant to Title 18 U.S.C. § 3161(h)(7)(A). Such a continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial because it would give the Court additional time to decide the numerous issues raised in the defendant's motions, and the defendant additional time to continue to review discovery.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

      by:   /s/  Sarah Lai
            Sarah Lai / Sagar Ravi
            Assistant United States Attorneys
            (212) 637-1944 / 2195

Application GRANTED. It is ORDERED that time is excluded under the Speedy Trial Act between **October 12, 2023,** and **October 20, 2023**.

The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the Court to continue to deliberate on the numerous issues raised in the Defendant's motions and provide the Defendant additional time to continue to review discovery.

The Clerk of Court is directed to terminate the pending motion at docket number 102.

Dated: October  12 , 2023          SO ORDERED.
       New York, New York

                                   _____
                                     HON KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE