UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 20 Cr. 524-1 (KPF) |
| MICHAEL BROWN, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

For the reasons set forth in the Court's oral decision, delivered at the hearing held October 20, 2023, and reflected in the transcript thereof, Defendant's motion to dismiss on double jeopardy grounds is hereby DENIED. (*See* October 20, 2023 Minute Entry; Dkt. #104 (transcript of proceedings)).

The Clerk of Court is directed to terminate the pending motion at docket number 73.

SO ORDERED.

Dated:  November 15, 2023
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge