August 27, 2024

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States
    Courthouse
40 Foley Square
New York, New York  10007



      Re: *United States v. Michael Brown*, Case No. 1:20-00524
          Request for Business Travel

Dear Judge Failla:

Defendant, Michael Brown, by and through counsel of record, hereby seeks permission to travel to Glendale, Arizona from September 7, 2024 through September 10, 2024 for business purposes.

Mr. Brown has been released on a $500,000 appearance bond, justified in the amount of $500,000 with full deeding of real property. His release conditions include, among other conditions: a travel restriction to the Southern District of New York, Eastern District of New York and the Western District of North Carolina; G. Gordon Brown and Joyce Brown, Defendants' parents, also deeded their home as collateral to secure the bond.

Mr. Brown is currently living with his parents, G. Gordon Brown and Joyce Brown, and he is being supervised by United States Probation Officer Sherain Teal of the Western District of North Carolina.

Mr. Brown serves as the CEO and President of Company Z, which develops web-based solutions for companies.  Mr. Brown is seeking permission to travel to Glendale, Arizona on September 7, 2024 with a return to the Western District of North Carolina on September 10, 2024. The purpose of this requested travel is to participate in a conference known as NEMTAC, the Non-Emergency Medical Transportation Accreditation Commission where he is scheduled to present a new service with three customers to other potential customers in this industry.

Probation Officer Teal advised that she does not oppose this request.  A copy of text correspondence is attached for the Court's reference.

Counsel conferred with Assistant United States Attorney Matt Weinberg, who stated that the United States defers to Pretrial Services and does not oppose this travel request.

Very truly yours,

/s/ Stephen R. Cochell
Stephen R. Cochell

Attorney for Michael Brown

Application GRANTED.  Mr. Brown is permitted to travel pursuant to the above specifications.

The Clerk of Court is directed to terminate the pending motion at docket entry 136.

Date:    August 28, 2024
         New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE