UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v.-

MICHAEL BROWN,

Defendant.

---

20 Cr. 524-1 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendant's motion to modify the conditions of his release by removing the GPS monitoring requirement (Dkt. #138), as well as the Government's opposition to this request (Dkt. #140). The Court is also in receipt of Defendant's reply to the Government's opposition. (Dkt. #141). In light of the parties' submissions, and the resolution of Defendant's appeal at the Second Circuit, the parties are hereby ORDERED to appear for a conference on **January 23, 2025**, at **3:00 p.m.**

The conference scheduled for January 23, 2025 at 3:00 p.m. will be held via video conference with public audio access available at (855) 244-8681, access code 2315 780 7370. Instructions to video participants will be sent separately in advance of the conference.

SO ORDERED.

Dated:  January 10, 2025
        New York, New York

                                                    KATHERINE POLK FAILLA
                                                   United States District Judge