UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>MICHAEL BROWN,<br><br>                      Defendant. | 20 Cr. 524-1 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

In light of ongoing discussions regarding Defendant Brown's representation in this matter, the Court will hold a telephonic conference on **February 6, 2025**, at **10:00 a.m.**  The dial-in information is as follows:  At 10:00 a.m., the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

    SO ORDERED.

Dated:   February 4, 2025
             New York, New York

                                                      KATHERINE POLK FAILLA
                                                      United States District Judge