**Federal Defenders OF NEW YORK, INC.**

52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700   Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Southern District

Jennifer L. Brown
*Attorney-in-Charge*

April 16, 2025

BY ECF
Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square,
New York, NY 10007



Re:   *United States v. Michael Brown*, 20 Cr. 524 (KPF)

Honorable Judge Failla:

    I write on behalf of Michael Brown to respectfully request that the Court temporarily modify Mr. Brown's pretrial supervision conditions to allow him to travel to San Antonio, Texas between Saturday, May 10, 2025 and Monday, May 12, 2025. Mr. Brown is a creditor who is expected to appear in a bankruptcy action filed in the Western District of Texas U.S. Bankruptcy Court[1] to argue a motion.

    I have been copied on Mr. Brown's email correspondence with his assigned Pretrial Services Officer, who has reviewed Mr. Brown's itinerary and approves his travel. I have discussed this request with AUSA Matthew Weinberg, who defers to Pretrial Services.

    Thank you for your consideration of this matter.

Respectfully submitted,

Christopher Flood, Esq.
(212) 417-8734

cc:   SDNY AUSA Matthew Adam Weinberg (by ECF)
      WDNC US PTSO Rodrick Burnette (by email)

---

[1] Case no. 5:24-bk-52573 (CAG)

Application GRANTED.  Mr. Brown is permitted to travel pursuant to the above specifications.

The Clerk of Court is directed to terminate the pending motion at docket entry 149.

Dated:	April 17, 2025	SO ORDERED.
	New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE