# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700  Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 9, 2025

**BY ECF**
Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square,
New York, NY 10007



Re:    *United States v. Michael Brown*, 20 Cr. 524 (KPF)

Honorable Judge Failla:

I write on behalf of Michael Brown and at the Court's direction to provide a response to the April 18, 2025 letter of Mr. Rios asking to be removed as a surety for Mr. Brown in this matter. In preparing this response, I have conferred extensively with AUSA Matthew Weinberg and sought the views of the Pretrial Services officer who supervises Mr. Brown in the Western District of North Carolina.[1]

The parties agree that Mr. Rios should be released from his obligations as a surety. The parties also agree that the two remaining financially responsible sureties, Mr. Brown's parents who both signed as moral suasion sureties, and secured property are sufficient to ensure Mr. Brown's appearance in court.

Accordingly, I respectfully request the Court remove Mr. Rios as a surety in this matter. I have discussed this request with AUSA Matthew Weinberg, who joins this request on behalf of the Government.

Further, I respectfully request that the Court modify the conditions of Mr. Brown's release to reduce the required number of financially responsible cosigners from three to two. For the Government, AUSA Matthew Weinberg consents to this request.

Thank you for considering of these requests.

Respectfully submitted,

Christopher Flood, Esq.
(212) 417-8734

---

[1] WDNC Pretrial Officer Burnette confirmed that Mr. Brown has been compliant with the conditions of his release but declined to take a position on the cosigner issues.

cc:    SDNY AUSA Matthew Adam Weinberg (by ECF)

```
Application GRANTED.  Mr. Rios is hereby removed as a surety in this
matter.  Moreover, the conditions of Defendant's release are hereby
modified in accordance with the above.

The Clerk of Court is directed to terminate the pending motion at
docket entry 151.
```

Dated:    May 12, 2025
          New York, New York

SO ORDERED:

HONORABLE KATHERINE POLK FAILLA
United States District Judge