UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    -v.-<br><br>MICHAEL BROWN,<br><br>                              Defendant. | 20 Cr. 524-1 (KPF)<br><br>SCHEDULING ORDER |

KATHERINE POLK FAILLA, District Judge:

As discussed at the parties' conference with the Court in this matter on July 10, 2025, trial is set to begin in this case on **January 26, 2026, at 9:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  The Court anticipates that trial will last three weeks.

The parties are directed to comply with the following briefing schedule: Defendant's pre-trial motions shall be due on **October 27, 2025.**  The Government shall submit its opposition, if any, on or before **November 10, 2025.**  Defendant's reply, if any, shall be due on **November 17, 2025.**

The Court will hear oral argument on any motions on **December 9, 2025, at 3:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Further, it is hereby ORDERED that the following trial schedule will be in effect:

- The parties' respective jury charge requests, proposed voir dire questions, and any motions in limine will be due **December 29, 2025**;

- Any opposition papers to motions in limine will be due **January 5, 2026**; and

- The final-pretrial conference will be scheduled for **January 13, 2026, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Government's disclosure of material under 18 U.S.C. § 3500 will be governed by the schedule set forth at the conference.

SO ORDERED.

Dated:   July 11, 2025
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge