UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       -v.-<br><br>MICHAEL BROWN,<br><br>                   Defendant. | 20 Crim 524 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On December 16, 2025, the Court delivered an oral decision regarding Defendant's motion to dismiss or for an adverse jury instruction.  (December 16, 2025 Minute Entry; *see also* Dkt. #161).  For the reasons set forth on the record during the December 16, 2025 telephonic proceeding, Defendant's motion to dismiss or for an adverse jury instruction is DENIED.

The Clerk of Court is directed to terminate the pending motions at docket entries 70, 71, and 161, the first two of which were previously resolved.

SO ORDERED.

Dated:    December 16, 2025
           New York, New York

                                        KATHERINE POLK FAILLA
                                       United States District Judge