# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 14, 2026

**BY ECF**

The Honorable Katherine P. Failla
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007



Re:     **United States v. Michael Brown**
        **20-CR-524 (KPF)**

Dear Judge Failla,

We write to respectfully request that the Court, pursuant to Federal Rule of Criminal Procedure 43(b)(3), accept our waiver of Michael Brown's appearance at the Final Pretrial Conference, which is scheduled for Friday, January 16, 2026. Friday's conference will largely address trial scheduling matters, and possibly the resolution of pending motions *in limine*, neither of which are categories specified in Rule 43(a) that require Mr. Brown's appearance.

Mr. Brown understands that he has the right to be present for the Final Pretrial Conference, but he is knowingly and voluntarily waiving that appearance to avoid the costs of having to travel from North Carolina (where he lives) to New York in back-to-back weeks. If it is possible for Mr. Brown to appear by telephone, he would like to do so. If that is not possible, however, he is prepared to waive his appearance entirely.

Undersigned counsel has discussed Mr. Brown's waiver with the government, and they have no legal objection to Mr. Brown's request. Accordingly, we ask that the Court accept Mr. Brown's waiver of appearance at the Final Pretrial Conference and, if possible, provide a phone line for him to call in on at the time of the conference.

Respectfully Submitted,
/s/
Kristoff Williams
Mark Gombiner
Andrew Dalack
Assistant Federal Defenders
Federal Defenders of New York
(212) 417-8791

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

UNITED STATES OF AMERICA

             -v-

MICHAEL BROWN

------------------------------- x

        :

        :

        :      20-CR-524 (KPF)

        :

        :

        :

        :

        :

### **Waiver of Appearance**

I, Michael Brown, understand that I have the right to be present at the Final Pretrial Conference scheduled for Friday, January 16, 2026. I have discussed this right with my attorney, and I knowingly and voluntarily waive my right to be present at that conference.

Dated: January 14, 2026

Signed: _____

Michael Brown

Application GRANTED.  The Court recognizes that Mr. Brown has waived his right to be present at his January 16, 2026 final pretrial conference.  The Court will make available a telephone line that Mr. Brown may call into if he pleases.  At the scheduled time, he may call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 181.

Dated:     January 15, 2026
           New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE