# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 18, 2026

**BY ECF**

The Honorable Katherine P. Failla
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007



Re:   **United States v. Michael Brown**
      **20-CR-524 (KPF)**

Dear Judge Failla,

Michael Brown, through undersigned counsel, respectfully moves the Court for an order modifying his conditions of release from home detention to a curfew set by pretrial services and enforced by location monitoring. Mr. Brown has been on home detention now for over two months without issue. And prior to being placed on home detention in April 2026, he had attended all required court dates. The request to modify the conditions of release is predicated on Mr. Brown's desire to spend time with his infant son and family outside of the home, including on Father's Day, none of which he can currently do while on home detention. Mr. Brown does not pose a risk of flight.

Undersigned counsel has reached out to pretrial services and the government about this request. Pretrial services objects to the request. The government has not yet responded.

Respectfully Submitted,
/s/
Kristoff Williams
Mark Gombiner
Andrew Dalack
Assistant Federal Defenders
Federal Defenders of New York
(212) 417-8791

1

Above, Defendant requests a modification of his conditions of release from home detention to a curfew set by pretrial services and enforced by location monitoring.  The Court understands that pretrial services and the government object to that request.  It is therefore DENIED.

In the alternative, however, Defendant has communicated to the Court that he seeks a temporary modification of conditions that would apply only through the Father's Day holiday weekend.  The Government indicated that it takes no position on that request.  That request is GRANTED.

Defendant's conditions of release shall hereby be modified as specified above, but only through and including this Sunday, June 21, 2026.

The Clerk of Court is directed to terminate the pending motion at docket entry 191.

Dated:    June 18, 2026          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE