UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>MICHAEL BROWN,<br><br>Defendant. | 20 Cr. 524 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a telephonic conference regarding Defendant's objections to the Probation Office's calculation of his exposure under the U.S. Sentencing Guidelines. The conference shall take place on **November 20, 2026**, at **3:30 p.m.** At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

SO ORDERED.

Dated: November 18, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge