UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

MICHAEL BROWN,

Defendant.

20 Cr. 524 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a telephonic conference for an oral decision regarding Defendant's U.S. Sentencing Guidelines calculations. The conference shall take place on **December 4, 2026**, at **12:00 p.m.** At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

SO ORDERED.

Dated: November 24, 2026
New York, New York

KATHERINE POLK FAILLA
United States District Judge